1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   David A. Nelson (Pending Pro Hac Vice)
2  IL Bar No. 6209623
   davidnelson@quinnemanuel.com
3  51 Madison Avenue, 22nd Floor
   New York, NY 10010-1603
4  Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
5

6  Attorneys for Defendant
   SYMANTEC CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | MEMORY CONTROL ENTERPRISE, LLC, | CASE NO. 5:09-CV-01063-~~RS~~ MMC
12 |         Plaintiff,              |
13 |            vs.                  | ~~[PROPOSED]~~
   |                                 | ORDER GRANTING APPLICATION FOR
14 | SYMANTEC CORPORATION,           | ADMISSION OF ATTORNEY *PRO HAC VICE*
15 |         Defendant.              |

1  David A. Nelson, whose business address and telephone number is 51 Madison Avenue,
2  22nd Floor, New York, New York 10010; (212) 849-7000, and who is an active member in good
3  standing of the bar of Illinois, having applied in the above-entitled action for admission to practice
4  in the Northern District of California on a *pro hac vice* basis, representing Defendant Symantec
5  Corporation.
6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8  *vice*. Service of papers upon and communication with co-counsel designated in the application
9  will constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

13 Dated: March 23, 2009

~~Honorable Richard Seeborg~~
~~United States Magistrate Judge~~
Maxine M. Chesney
United States District Judge