RECEIVED
2009 MAR 17 PM 2: 25
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Michael F. Harte (Pending *Pro Hac Vice*)
IL Bar No. 6272364
mikeharte@quinnemanuel.com
250 S. Wacker Drive, Suite 230
Chicago, IL 60601
Telephone: (312) 463-2967
Facsimile: (312) 463-2962

Attorneys for Defendant SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MEMORY CONTROL ENTERPRISE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SYMANTEC CORPORATION,<br><br>Defendant. | CASE NO. 5:09-CV-01063-~~RS~~ MMC<br><br>~~[PROPOSED]~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

1   Michael F. Harte, whose business address and telephone number is 250 S. Wacker Drive,
2   Suite 230, Chicago, IL 60601; (312) 463-2967, and who is an active member in good standing of
3   the bar of Illinois, having applied in the above-entitled action for admission to practice in the
4   Northern District of California on a *pro hac vice* basis, representing Defendant Symantec
5   Corporation.

6   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8   *vice*. Service of papers upon and communication with co-counsel designated in the application
9   will constitute notice to the party. All future filings in this action are subject to the requirements
10  contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 23, 2009

~~Honorable Richard Seeborg~~
~~United States Magistrate Judge~~
Maxine M. Chesney
United States District Judge

- 1 -   Case No. 5:09-CV-01063-RS
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*