QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Christopher R. Freeman (Pending *Pro Hac Vice*)
IL Bar No. 6292841
chrisfreeman@quinnemanuel.com
250 S. Wacker Drive, Suite 230
Chicago, IL 60601
Telephone: (312) 463-2968
Facsimile: (312) 463-2962

RECEIVED
2009 MAR 17 PM 2: 25
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

Attorneys for Defendant SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| MEMORY CONTROL ENTERPRISE, LLC, | CASE NO. 5:09-CV-01063-~~RS~~ MMC |
|---|---|
| Plaintiff, | |
| vs. | ~~[PROPOSED]~~ |
| SYMANTEC CORPORATION, | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| Defendant. | |

30009/2837229.1

Case No. 5:09-CV-01063-RS
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1  Christopher R. Freeman, whose business address and telephone number is 250 S. Wacker
2  Drive, Suite 230, Chicago, IL 60601; (312) 463-2968, and who is an active member in good
3  standing of the bar of Illinois, having applied in the above-entitled action for admission to practice
4  in the Northern District of California on a *pro hac vice* basis, representing Defendant Symantec
5  Corporation.

6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8  *vice*. Service of papers upon and communication with co-counsel designated in the application
9  will constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

13 Dated: March 23, 2009

~~Honorable Richard Seeborg~~
~~United States Magistrate Judge~~
Maxine M. Chesney
United States District Judge