1  NIRO, SCAVONE, HALLER & NIRO
   Anna B. Folgers (pending *Pro Hac Vice*)
2  IL Bar # 6296389
   181 W. Madison St., Suite 4600
3  Chicago, Illinois  60602
   Phone: (312) 236-0733
4  Fax: (312) 236-3137
   E-mail: afolgers@nshn.com
5  **Attorneys for Plaintiff**
   **Memory Control Enterprise, LLC.**
6

RECEIVED
09 JUN 12 AM 10: 52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEMORY CONTROL ENTERPRISE, LLC, | Case No. 5:09-CV-01063-MMC |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| SYMANTEC CORPORATION, | |
| Defendant. | |

Anna B. Folgers, whose business address and telephone number is 181 W. Madison Street, Suite 4600, Chicago, IL  60602 (312) 236-0733, and who is an active member in good standing of the bar of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Memory Control Enterprise, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the

1  requirements contained in General Order No. 45, *Electronic Case Filing.*

2

3  Dated: June 17, 2009

_____
Honorable Maxine M. Chesney
United States District Judge