SPENCER HOSIE (CA Bar No. 101777)
BRUCE WECKER (CA Bar No. 078530)
GEORGE F. BISHOP (CA Bar No. 89205)
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
Phone: (415) 247-6000
Fax: (415) 247-6001
E-mail: shosie@hosielaw.com
E-mail: bwecker@hosielaw.com
E-mail: gbishop@hosielaw.com

RAYMOND P. NIRO *(Pro Hac Vice)*
DINA M. HAYES *(Pro Hac Vice)*
LEE F. GROSSMAN *(Pro Hac Vice)*
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois  60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: hayes@nshn.com
E-mail: grossman@nshn.com

*Attorneys for Plaintiff*
**Memory Control Enterprise, LLC.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MEMORY CONTROL ENTERPRISE, LLC, | ) Case No. 3:09-CV-01063-MMC |
| Plaintiff, | ) |
| v. | ) **NOTICE OF WITHDRAWAL OF COUNSEL FOR MEMORY CONTROL ENTERPRISE, LLC AND [PROPOSED] ORDER** |
| SYMANTEC CORPORATION, | ) |
| Defendant. | ) |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 11-5(a), Plaintiff Memory Control Enterprise, LLC respectfully requests that the Court permit the withdrawal of Attorney Nicholas Michael Dudziak, who is no

longer with the law firm of Niro, Scavone, Haller & Niro. All other counsel of record for Plaintiff, including the law firms of Niro, Scavone, Haller & Niro and Hosie Rice LLP will continue to represent Plaintiff. No scheduled hearing or trial will be delayed if this withdrawal is granted.

Respectfully submitted,

*/s/ George F. Bishop*
SPENCER HOSIE shosie@hosielaw.com
BRUCE WECKER bwecker@hosielaw.com
GEORGE F. BISHOP gbishop@hosielaw.com
HOSIE RICE LLP
188 The Embarcadero, Suite 750
San Francisco, CA 94105
Phone: (415) 247-6000
Fax: (415) 247-6001

Raymond P. Niro (rniro@nshn.com)
Dina M. Hayes (hayes@nshn.com)
Lee F. Grossman (grossman@nshn.com)
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison Street – Suite $4600
Chicago, Illinois 60602
Tel:    (312) 236-0733
Fax:    (312) 236-3137

**Attorneys for Plaintiff, Memory Control Enterprise LLC.**

# ~~PROPOSED~~ ORDER

For good cause appearing, IT IS HEREBY ORDERED THAT Nicholas Michael Dudziak is permitted to withdraw as counsel for Memory Control Enterprise, LLC in this matter. Memory Control Enterprise, LLC will continue to be represented by in this case by counsel from the firms of Niro, Scavone, Haller & Niro and Hosie Rice LLP.

IT IS SO ORDERED.

Date: July 27, 2009 _____

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE