QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David A. Nelson (*Pro Hac Vice*)
  davidnelson@quinnemanuel.com
  Christopher Freeman (*Pro Hac Vice*)
  chrisfreeman@quinnemanuel.com
  Michael F. Harte (*Pro Hac Vice*)
  mikeharte@quinnemanuel.com
250 S. Wacker Drive, Suite 230
Chicago, IL  60601
Telephone: (312) 463-2961
Facsimile: (312) 463-2962

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Sean S. Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Jennifer A. Kash (Bar No. 203679)
  jenniferkash@quinnemanuel.com
  Mary McNeill (Bar No. 261500)
  marymcneill@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Symantec Corporation

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **MEMORY CONTROL ENTERPRISE, LLC,**<br><br>         **Plaintiff,**<br><br>v.<br><br>**SYMANTEC CORPORATION,**<br><br>         **Defendant.** | **Case No. 5:09-CV-01063-MMC**<br><br>~~**[PROPOSED]**~~ **ORDER GRANTING SYMANTEC CORPORATION'S AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS** |

03869.30009/3012682.2

Case No. 5:09-CV-01063-MMC
[PROPOSED] ORDER GRANTING SYMANTEC CORPORATION'S AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS

1

# [~~PROPOSED~~] ORDER

2

3     The Court having considered defendant Symantec Corporation's Unopposed Motion for

4 Leave to File a First Amended Answer, it is hereby ORDERED that Defendant's motion is

5 GRANTED, and that Defendant is hereby is granted leave to file its First Amended Answer, which

6 is attached as Exhibit 1 to Defendant's motion.  Such First Amended Answer shall be filed no later than August 14, 2009.

7 **IT IS SO ORDERED**

8 Dated: August 7, 2009                    _Maxine M. Chesney_

9                                          Honorable Maxine M. Chesney
                                           United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28