1  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
2  BRUCE WECKER (CA Bar No. 078530)
   bwecker@hosielaw.com
3  GEORGE F. BISHOP (CA Bar No. 89205)
   gbishop@hosielaw.com
4  HOSIE RICE LLP
   188 The Embarcadero, Suite 750
5  San Francisco, CA 94105
   Phone: (415) 247-6000
6  Fax: (415) 247-6001

7  RAYMOND P. NIRO (*pro hace vice application to be filed*)
   MATTHEW G. MCANDREWS (*pro hace vice application to be filed*)
8  LEE F. GROSSMAN (*pro hace vice application to be filed*)
   TAHITI ARSULOWICZ (*pro hace vice application to be filed*)
9  NIRO, SCAVONE, HALLER & NIRO
   181 W. Madison St., Suite 4600
10 Chicago, Illinois  60602
   Phone: (312) 236-0733
11 Fax: (312) 236-3137
   E-mail: rniro@nshn.com
12 E-mail: mmcandrews@nshn.com
   E-mail: grossman@nshn.com
13 E-mail: arsulowicz@nshn.com

14 *Attorneys for Plaintiff*
   *Memory Control Enterprise, LLC*
15

16            **IN THE UNITED STATES DISTRICT COURT**
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
17                      **SAN FRANCISCO DIVISION**

18 MEMORY CONTROL ENTERPRISE, LLC,      ) Case No. 3:09-CV-01063-MMC
                                         )
19                    Plaintiff,         )
                                         ) **[PROPOSED] ORDER GRANTING**
20       v.                              ) **PLAINTIFF MEMORY CONTROL**
                                         ) **ENTERPRISE LLC'S UNOPPOSED**
21 SYMANTEC CORPORATION,                 ) **MOTION TO SUBSTITUTE**
                                         ) **PURSUANT TO RULE 25(C), FED. R.**
22                    Defendants.        ) **CIV. P.**
                                         )
23                                       )
                                         )
24 _____)

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S                    CASE NO. 3:09-CV-01063-MMC
UNOPPOSED MOTION TO SUBSTITUTE

The Court hereby grants plaintiff Memory Control Enterprise LLC's Unopposed Motion To Substitute Pursuant to Rule 25(c), Fed. R. Civ. P.  Accordingly, it is:

SO ORDERED that, pursuant to Rule 25 (c), Fed. R. Civ. P., and the Stipulation of the parties, Southwest Technology Innovations, LLC, is substituted as plaintiff and counterdefendant in place of Memory Control Enterprise LLC in Civil Action No. 3:09-CV-01063 MMC (*Memory Control Enterprise LLC v. Symantec Corporation*) and that the new case caption shall be as follows:

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SOUTHWEST TECHNOLOGY INNOVATIONS, LLC, | ) Case No. 3:09-CV-01063-MMC |
| Plaintiff, | ) |
| v. | ) |
| SYMANTEC CORPORATION, | ) |
| Defendants. | ) |

Date: August 7, 2009                    _____
                                        Honorable Maxine M. Chesney