NIRO, SCAVONE, HALLER & NIRO
Tahiti Arsulowicz (pending *Pro Hac Vice*)
IL Bar # 6292304
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax:    (312) 236-3137
E-mail: arsulowicz@nshn.com

*Attorneys for Plaintiff*
**Southwest Technology Innovations, LLC.**

RECEIVED
09 AUG 14 AM 11:14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SOUTHWEST TECHNOLOGY INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SYMANTEC CORPORATION, <br><br> Defendant. | Case No. 3:09-CV-01063-MMC <br><br> [PROPOSED] <br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Tahiti Arsulowicz, whose business address and telephone number is 181 W. Madison Street, Suite 4600, Chicago, IL 60602 (312) 236-0733, and who is an active member in good standing of the bar of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Southwest Technology Innovations, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the

requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: August 18, 2009

_____
Honorable Maxine M. Chesney
United States District Judge