1  SPENCER HOSIE (CA Bar No. 101777)
   BRUCE WECKER (CA Bar No. 078530)
2  GEORGE F. BISHOP (CA Bar No. 89205)
   HOSIE RICE LLP
3  188 The Embarcadero, Suite 750
   San Francisco, CA 94105
4  Phone: (415) 247-6000
   Fax: (415) 247-6001
5  E-mail: shosie@hosielaw.com
   E-mail: bwecker@hosielaw.com
6  E-mail: gbishop@hosielaw.com

7  RAYMOND P. NIRO (*pro hac vice application to be filed*)
   MATTHEW G. MCANDREWS (*pro hac vice application to be filed*)
8  LEE F. GROSSMAN (*pro hac vice application to be filed*)
   TAHITI ARSULOWICZ (*pro hac vice application to be filed*)
9  NIRO, SCAVONE, HALLER & NIRO
   181 W. Madison St., Suite 4600
10 Chicago, Illinois 60602
   Phone: (312) 236-0733
11 Fax: (312) 236-3137
   E-mail: rniro@nshn.com
12 E-mail: mmcandrews@nshn.com
   E-mail: grossman@nshn.com
13 E-mail: arsulowicz@nshn.com

14 *Attorneys for Plaintiff*
   *Southwest Technology Innovations, LLC*
15

16              IN THE UNITED STATES DISTRICT COURT

17            FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                      (SAN FRANCISCO DIVISION)

19 SOUTHWEST TECHNOLOGY INNOVATIONS,        ) Case No. 3:09-CV-01063-MMC
   LLC,                                     )
20                                          )
                 Plaintiff,                 ) [PROPOSED]
21                                          ) ORDER GRANTING APPLICATION
           v.                               ) FOR ADMISSION OF ATTORNEY
22                                          ) PRO HAC VICE
   SYMANTEC CORPORATION,                    )
23                                          )
                 Defendant.                 )
24                                          )
                                            )
25

26     Matthew G. McAndrews, whose business address and telephone number is 181 W. Madison

27 Street, Suite 4600, Chicago, Illinois, 60602; (312) 236-0733, and who is an active member in good

28 standing of the bar of Illinois, having applied in the above-entitled action for admission to practice in

the Northern District of California on a *pro hac vice* basis, representing Plaintiff Southwest Technology Innovations, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communications with co-counsel designated in the application will constitute notice to the party. All future filing in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 18, 2009

Honorable Maxine M. Chesney
UNITED STATES JUDGE