NIRO, SCAVONE, HALLER & NIRO
LEE F. GROSSMAN (pending *Pro Hac Vice*)
IL Bar # 6192977
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: lgrossman@nshn.com

*Attorneys for Plaintiff*
**Southwest Technology Innovations, LLC**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SOUTHWEST TECHNOLOGY INNOVATIONS, LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>SYMANTEC CORPORATION,<br><br>             Defendant. | Case No. 3:09-CV-01063-MMC<br><br>[PROPOSED]<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Lee F. Grossman, whose business address and telephone number is 181 W. Madison Street, Suite 4600, Chicago, IL 60602 (312) 236-0733, and who is an active member in good standing of the bar of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Southwest Technology Innovations, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

1  Dated: August 18, 2009

_____
Honorable Maxine M. Chesney
United States District Judge

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28