QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  David A. Nelson (*Pro Hac Vice*)
  davidnelson@quinnemanuel.com
  Christopher Freeman (*Pro Hac Vice*)
  chrisfreeman@quinnemanuel.com
  Michael F. Harte (*Pro Hac Vice*)
  mikeharte@quinnemanuel.com
250 S. Wacker Drive, Suite 230
Chicago, IL  60601
Telephone: (312) 463-2961
Facsimile: (312) 463-2962

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Sean S. Pak (Bar No. 219032)
  seanpak@quinnemanuel.com
  Jennifer A. Kash (Bar No. 203679)
  jenniferkash@quinnemanuel.com
  Mary McNeill (Bar No. 261500)
  marymcneill@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Symantec Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SOUTHWEST TECHNOLOGY INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SYMANTEC CORPORATION,<br><br>Defendant. | CASE NO. 3:09-CV-01063-MMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SYMANTEC CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE INVALIDITY CONTENTIONS AND PRODUCE DOCUMENTS**<br><br>**[PATENT LOCAL RULES 3-3 & 3-4]** |
|---|---|

On this date for consideration is Symantec Corporation's Unopposed Motion for an Extension of Time to Serve Invalidity Contentions and Produce Documents, and the Court being of the opinion same should be GRANTED, it is therefore

1  ORDERED that the Motion is GRANTED, and the deadline whereby Symantec
2  Corporation must serve invalidity contentions and produce documents pursuant to Patent Local
3  Rules 3-3 and 3-4 is extended until November 16, 2009.
4
5  DATED THIS  29th  day of    September   , 2009.
6
7  IT IS SO ORDERED.
8
9  _____
   Honorable Maxine M. Chesney
10 United States District Court Judge