IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOUTHWEST TECHNOLOGY INNOVATIONS, LLC,

    Plaintiff,

  v.

SYMANTEC CORPORATION,

    Defendant.

No. C 09-1063 MMC

**ORDER RESCHEDULING CLAIM CONSTRUCTION HEARING**

    Due to a scheduling conflict with another hearing set for that date, the claim construction hearing in the above-titled action is hereby CONTINUED from March 8, 2010 to the following Monday, March 15, 2010, at 9:00 a.m.

    **IT IS SO ORDERED.**

Dated: October 16, 2009

_____
MAXINE M. CHESNEY
United States District Judge