1  SPENCER HOSIE (CA Bar No. 101777)
   shosie@hosielaw.com
2  BRUCE WECKER (CA Bar No. 078530)
   bwecker@hosielaw.com
3  GEORGE F. BISHOP (CA Bar No. 89205)
   gbishop@hosielaw.com
4  HOSIE RICE LLP
   188 The Embarcadero, Suite 750
5  San Francisco, CA 94105
   Phone: (415) 247-6000
6  Fax: (415) 247-6001

7  MATTHEW G. MCANDREWS (*pro hac vice*)
   LEE F. GROSSMAN (*pro hac vice*)
8  TAHITI ARSULOWICZ (*pro hac vice*)
   NIRO, SCAVONE, HALLER & NIRO
9  181 W. Madison St., Suite 4600
   Chicago, Illinois  60602
10 Phone: (312) 236-0733
   Fax: (312) 236-3137
11 E-mail: mmcandrews@nshn.com
   E-mail: grossman@nshn.com
12 E-mail: arsulowicz@nshn.com

13 GARY FERGUS (CA Bar No. 95318)
   gfergus@ferguslegal.com
14 FERGUS, A LAW OFFICE
   595 Market Street, Suite 2430
15 San Francisco, CA 94105
   Phone:  (415) 537-9030
16 Fax:  (415) 537-9038

17 *Attorneys for Plaintiff, Southwest Technology Innovations, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SOUTHWEST TECHNOLOGY INNOVATIONS, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>SYMANTEC CORPORATION,<br><br>                    Defendant. | Case No. 3:09-CV-01063-MMC<br><br>**NOTICE AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL** |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | Plaintiff Southwest Technology Innovations, LLC ("SWTI"), hereby substitutes Gary Fergus of Fergus, A Law Office, 595 Market Street, Suite 2430, San Francisco, CA 94105, telephone 415.537.9030, in place and instead of Spencer Hosie, George F. Bishop, Bruce Wecker of Hosie Rice LLP, 188 The Embarcadero, Suite 750, San Francisco, CA 94105, telephone 415.247.6000, as its counsel in the above captioned action. The law firm of Niro, Scavone, Haller & Niro will continue to represent SWTI. Hosie Rice LLP hereby withdraws as counsel for SWTI in the above captioned case. |

Dated: October 30, 2009           SOUTHWEST TECHNOLOGY INNOVATIONS, LLC

                                  By:  _George F. Bishop for SWTI_____

Dated: October 30, 2009           HOSIE RICE LLP

                                  By:  _/s/ George F. Bishop_____
                                         George F. Bishop

Dated: October 30, 2009           FERGUS, A LAW OFFICE

                                  By:  _/s/ Gary s. Fergus_____
                                         Gary S. Fergus
                                         *Attorneys for Plaintiff Southwest Technology Innovations, LLC*

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, George F. Bishop, attest that the above signatories for the Defendants have concurred and consented to the filing of this document.

DATED: October 30, 2009

                                                         */s/George F. Bishop*_____
                                                         George F. Bishop

Pursuant to Civil Local Rule 11-5, and in accordance with General Order 45, Section IV.C.(5), IT IS SO ORDERED.

Dated: November 3, 2009                    _____
                                               United States District Judge Maxine M. Chesney