GARY S. FERGUS (CA Bar No. 095318)
FERGUS, A LAW OFFICE
595 Market Street, Suite 2430
San Francisco, California 94115
Telephone: (415) 537-9032
Facsimile: (415) 537-9038
gfergus@ferguslegal.com

MATTHEW G. MCANDREWS (*pro hac vice*)
LEE F. GROSSMAN (*pro hac vice*)
TAHITI ARSULOWICZ (*pro hac vice*)
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, IL 60602
Telephone: (312) 236-0733
Facsimile: (312) 236-3137
mmcandrews@nshn.com
grossman@nshn.com
arsulowicz@nshn.com

Counsel for Plaintiff, Southwest Technology Innovations, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SOUTHWEST TECHNOLOGY INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION,<br><br>Defendant. | Case No. 3:09-CV-01063-MMC<br><br>**[PROPOSED] ORDER ENLARGING TIME FOR SOUTHWEST TECHNOLOGY INNOVATIONS, LLC AND SYMANTEC CORPORATION TO SUBMIT JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3**<br><br>Judge: Honorable Maxine Chesney |

Pursuant to the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED

1.

1   The time for submitting the Joint Claim Construction and Pre-Hearing Statement pursuant
2   to Patent Local Rule 4-3 is extended from December 18, 2009 to and including December 23,
3   2009.

5   Dated: December 21, 2009

_____
United States District Court Maxine M. Chesney

Southwest Technology Innovations, LLC v. Symantec Corporation, Case No. C09-CV-01063-MMC
**[PROPOSED] ORDER ENLARGING TIME TO SUBMIT JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT**