MATTHEW G. MCANDREWS (*pro hac vice*)
TAHITI ARSULOWICZ (*pro hac vice*)
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois  60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: mmcandrews@nshn.com
E-mail: arsulowicz@nshn.com

GARY S. FERGUS
FERGUS, A LAW OFFICE
595 Market Street, Suite 2430
San Francisco, California  94105
Phone: (415) 537-9032
Fax: (415) 537-9038
E-mail: gfergus@ferguslegal.com

*Attorneys for Plaintiff*
*Southwest Technology Innovations, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOUTHWEST TECHNOLOGY INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION,<br><br>Defendant. | Case No.: 3:09-CV-01063-MMC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR SOUTHWEST TECHNOLOGY INNOVATIONS LLC, AND [PROPOSED] ORDER** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 11-5(a), Plaintiff Southwest Technology Innovations LLC, respectfully requests that the Court permit the withdrawal of Attorneys Dina M. Hayes and Lee F. Grossman.  All other counsel of record for Plaintiff, including the law firms of Niro, Haller & Niro and, Fergus, A Law Office will continue to represent Plaintiff.   No scheduled hearing or trial will be delayed if this withdrawal is granted.

Respectfully submitted,

/s/Dina M. Hayes
MATTHEW G. MCANDREWS (*pro hac vice*)
LEE F. GROSSMAN (*pro hac vice*)
DINA M. HAYES (*pro hac vice*)
TAHITI ARSULOWICZ (*pro hac vice*)
NIRO, HALLER & NIRO
181 W. Madison Street – Suite 4600
Chicago, Illinois 60602
Tel: (312) 236-0733
Fax: (312) 236-3137

GARY S. FERGUS
FERGUS, A LAW OFFICE
595 Market Street, Suite 2430
San Francisco, California 94105
Phone: (415) 537-9032
Fax: (415) 537-9038
E-mail: gfergus@ferguslegal.com

***Attorneys for Plaintiff, Southwest Technology Innovations, LLC***

# ~~PROPOSED~~ ORDER

For good cause appear, IT IS HEREBY ORDERED THAT Dina M. Hayes and Lee F. Grossman are permitted to withdraw as counsel for Southwest Technology Innovations, LLC, in this matter. Southwest Technology Innovations, LLC will continue to be represented by in this case by counsel from the firms of Niro, Haller & Niro and Fergus, A Law Office.

**IT IS SO ORDERED.**

Date: February 17, 2010.

*Maxine M. Chesney*
Honorable Judge Maxine M. Chesney
United States District Judge