UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOUTHWEST TECHNOLOGY
INNOVATIONS, LLC,

    Plaintiff,

v.

SYMANTEC CORPORATION,

    Defendant.

Case No. 3:09-CV-01063-MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Kara L. Szpondowski, is an active member in good standing of the bar of Illinois, whose business address and telephone number is 181 W. Madison Street, Suite 4600, Chicago, IL 60602, (312) 236-0733, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Southwest Technology Innovations, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 1, 2010

UNITED STATES DISTRICT JUDGE
THE HONORABLE MAXINE M. CHESNEY