GARY S. FERGUS
FERGUS, A LAW OFFICE
595 Market Street, Suite 2430
San Francisco, California 94105
Phone: (415) 537-9032
Fax: (415) 537-9038
E-mail: gfergus@ferguslegal.com

RAYMOND P. NIRO (*pro hac vice*)
KARA L. SZPONDOWSKI (*pro hac vice*)
TAHITI ARSULOWICZ (*pro hac vice*)
ANNA B. FOLGERS (*pro hac vice*)
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: szpondowski@nshn.com
E-mail: arsulowicz@nshn.com
E-mail: afolgers@nshn.com

*Attorneys for Plaintiff
Southwest Technology Innovations, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SOUTHWEST TECHNOLOGY INNOVATIONS, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>SYMANTEC CORPORATION,<br><br>                Defendant. | Case No. 3:09-CV-01063-MMC<br><br>**STIPULATION TO EXTEND THE PARTIES' TIME TO MEET AND CONFER IN PERSON TO DISCUSS SETTLEMENT UNTIL JULY 14, 2010** |

On May 27, 2010, Magistrate Judge Spero issued a Settlement Conference Order in this case. (Dkt. No. 112). In that Order, Judge Spero required the parties to meet and confer *in person* on or before June 30, 2010, to discuss settlement. The parties seek and have stipulated to a two week extension to hold this *in person* meeting, until on or before July 14, 2010. The parties have

STIPULATION TO EXTEND TIME                                1                                CASE NO. 3:09-CV-01063-MMC

exchanged settlement proposals and counter-proposals as required by the May 27, 2010 Order, and believe further discussion and correspondence on the proposals will be useful prior to an *in person* meeting. The extension of this date will not affect the submission of the parties' Confidential Settlement Conference Statements on July 28, 2010, or the Settlement Conference on August 11, 2010, or any other deadlines. (See Dkt. No. 114).

Dated: June 23, 2010  Respectfully submitted,

*/s/* Kara L. Szpondowski
RAYMOND P. NIRO *(pro hac vice)*
KARA L. SZPONDOWSKI *(pro hac vice)*
TAHITI ARSULOWICZ *(pro hac vice)*
ANNA B. FOLGERS
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois 60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: rniro@nshn.com
E-mail: arsulowicz@nshn.com
E-mail: szpondowski@nshn.com
E-mail: afolgers@nshn.com

Attorneys for Plaintiff
Southwest Technology Innovations, LLC


/s/ Christopher R. Freeman
Christopher R. Freeman
Michael F. Harte
QUINN EMANUEL URQUHART
OLIVER and HEDGES, LLP
250 South Wacker Drive, #230
Chicago, Illinois 60601
(312) 463-2968
Fax: (312) 463-2962
chrisfreeman@quinnemanuel.com
mikeharte@quinnemanuel.com

Attorneys for Defendant
Symantec Corporation

**CERTIFICATE OF SERVICE**

I herby certify that on June 23, 2010, I served the foregoing **STIPULATION TO EXTEND THE PARTIES' TIME TO MEET AND CONFER IN PERSON TO DISCUSS SETTLEMENT UNTIL JULY 14, 2010** via CM/ECF to the following:

> Christopher R. Freeman (chrisfreeman@quinnemanuel.com)
> Michael F. Harte (mikeharte@quinnemanuel.com)
> QUINN EMANUEL URQUHART OLIVER and HEDGES, LLP
> 250 South Wacker Drive, #230
> Chicago, Illinois 60601
> (312) 463-2968
> Fax: (312) 463-2962
>
> David A. Nelson - davenelson@quinnemanuel.com
> QUINN EMANUEL
> 51 Madison Avenue 22nd Floor
> New York, New York 10010
> Tel: 212-849-7000
> Fax: 212-849-7100
>
> Jennifer A. Kash – jenniferkash@quinnemanuel.com
> QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
> 50 California Street – 22nd Floor
> San Francisco, CA 94111
> Tel: (415) 875-6600
> Fax: (415) 875-6700
>
> *Attorneys for Symantec Corporation*

/s/       Kara L. Szpondowski

Dated: June 23, 2010

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND TIME                3                CASE NO. 3:09-CV-01063-MMC