MATTHEW G. MCANDREWS (*pro hac vice*)
KARA SZPONDOWSKI (*pro hac vice*)
TAHITI ARSULOWICZ (*pro hac vice*)
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois  60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: mmcandrews@nshn.com
E-mail: arsulowicz@nshn.com

GARY S. FERGUS
FERGUS, A LAW OFFICE
595 Market Street, Suite 2430
San Francisco, California  94105
Phone: (415) 537-9032
Fax: (415) 537-9038
E-mail: gfergus@ferguslegal.com

*Attorneys for Plaintiff*
*Southwest Technology Innovations, LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SOUTHWEST TECHNOLOGY INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SYMANTEC CORPORATION, <br><br> Defendant. | Case No. 3:09-CV-01063-MMC <br><br> [~~PROPOSED~~] ORDER GRANTING WITHDRAWAL OF COUNSEL FOR SOUTHWEST TECHNOLOGY INNOVATIONS LLC |

For good cause appear, IT IS HEREBY ORDERED THAT Matthew G. McAndrews is permitted to withdraw as counsel for Southwest Technology Innovations, LLC, in this matter. Southwest Technology Innovations, LLC will continue to be represented by in this case by counsel from the firms of Niro, Haller & Niro and Fergus, A Law Office.

**IT IS SO ORDERED.**

Date: July _7_, 2010

 /s/ Vaughn R Walker for_____
 United States District Judge
 The Honorable Maxine M. Chesney

---

1
SOUTHWEST TECHNOLOGY INNOVATIONS v. SYMANTEC CORP, Case No. 3:09-CV-01063-MMC
[proposed] Order Granting Withdrawal of Counsel