GARY S. FERGUS (CA Bar No. 095318)
FERGUS, A LAW OFFICE
595 Market Street, Suite 2430
San Francisco, California 94115
Telephone:  (415) 537-9032
Facsimile:   (415) 537-9038
gfergus@ferguslegal.com

KARA L. SZPONDOWSKI *(pro hac vice)*
TAHITI ARSULOWICZ *(pro hac vice)*
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, IL  60602
Telephone:  (312) 236-0733
Facsimile:  (312) 236-3137
szpondowski@nshn.com
arsulowicz@nshn.com

Counsel for Plaintiff, Southwest Technology Innovations, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SOUTHWEST TECHNOLOGY INNOVATIONS, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION,<br><br>              Defendant. | Case No. 3:09-CV-01063-MMC<br><br>**[PROPOSED] ORDER GRANTING EXTENSION FOR NON-EXPERT DISCOVERY DEADLINE** |

1.

2.

1  Southwest Technology Innovations, LLC ("SWTI") and Symantec Corporation, ("Symantec") through their respective counsel, have stipulated and agreed to extend the deadline set forth in the Court's Pretrial Preparation Order, (Dkt. No. 109) setting non-expert discovery cutoff for July 26, 2010 to August 5, 2010.

The parties represent that this stipulation is made in good faith to accommodate witness schedules. The parties also believe that the requested extension will not affect any of the other dates which this Court has entered in the Scheduling Order (Dkt. 108) and Pretrial Preparation Order, (Dkt. No. 109).

IT IS HEREBY ORDERED THAT non-expert discovery shall be extended to August 5, 2010.

Date: July 28, 2010

_____
Honorable Maxine M. Chesney
United States District Judge

2.

Southwest Technology Innovations, LLC v. Symantec Corporation, Case No. C09-CV-01063-MMC
[Proposed] Order Granting Extension To Non-Expert Discovery Deadline