GARY S. FERGUS
FERGUS, A LAW OFFICE
595 Market Street, Suite 2430
San Francisco, California  94105
Phone: (415) 537-9032
Fax: (415) 537-9038
E-mail: gfergus@ferguslegal.com

KARA L. SZPONDOWSKI (*pro hac vice*)
TAHITI ARSULOWICZ (*pro hac vice*)
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, Illinois  60602
Phone: (312) 236-0733
Fax: (312) 236-3137
E-mail: szpondowski@nshn.com
E-mail: arsulowicz@nshn.com

*Attorneys for Plaintiff*
*Southwest Technology Innovations, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SOUTHWEST TECHNOLOGY INNOVATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>SYMANTEC CORPORATION,<br><br>  Defendant. | Case No. 3:09-CV-01063-MMC<br><br>**[PROPOSED] ORDER DISMISSING CASE** |

In light of Southwest Technology Innovations LLC's and Symantec Corporation's Stipulation and Joint Motion to Dismiss, this action against Symantec Corporation is DISMISSED WITH PREJUDICE.  Symantec Corporation's counterclaims against Southwest Technology Innovations LLC are DISMISSED WITH PREJUDICE.  Each party will bear its own costs and fees.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_September 27, 2010___                                    /s/ Maxine M. Chesney
Date                                                                    Hon. Maxine M. Chesney
                                                                            U.S. District Court Judge

CASE NO. 3:09-CV-01063-MMC